**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 15-98 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| DRAKE CHEADLE, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

Defendant's Motion (Doc. 316) for immediate release, based on Covid-19 related health concerns, will be denied.

Even assuming Defendant has exhausted administrative remedies, he has supplied no evidence of a health condition that might support his requested relief. *See* <u>U.S. v. Raia</u>, 954 F.3d 594, 597 (3d Cir. 2020) ("the mere existence of COVID-19 in society and the possibility that it may spread to a particular prison alone cannot independently justify compassionate release"). And, even if he had, the Court cannot agree that release is warranted, in light of the sentencing factors in 18 U.S.C. § 3553 – namely, the very serious nature of his offenses, his criminal history and the needs for just punishment and deterrence.

Having weighed the specific facts and circumstances regarding Defendant, vis-à-vis Covid-19 – along with all of the considerations in Section 3553 – the Court cannot agree that release is warranted. For these reasons, along with the others identified in the government's opposition (Doc. 327), Defendant's Motion (**Doc. 316**) for immediate release is **DENIED**.

IT IS SO ORDERED.


June 15, 2020                                                    s\Cathy Bissoon_____
                                                                Cathy Bissoon
                                                                United States District Judge


cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Drake Cheadle
FCI
P.O. Box 1000
Reg #35683068
Cresson, PA  16630